NOT FOR PUBLICATION



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD BROOKS GAMEZ, | |
| Plaintiff, | |
| v. | Civil No.: 08-448 (JLL) |
| | O R D E R |
| STATE OF NEW YORK, FLORIDA, and PENN, | |
| Defendants. | |

**LINARES, District Judge.**

This matter comes before the Court upon Richard Brooks Gamez's Complaint and Application to Proceed In Forma Pauperis under 28 U.S.C. § 1915(a). For reasons given in the Opinion accompanying this Order,

**IT IS** on this 20th day of June, 2008,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee and security; and it is further

**ORDERED** that the Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915; and it is further

**ORDERED** that unless Plaintiff amends his Complaint within 30 days of the filing of this Order, the Court will dismiss this case with prejudice; and it is further

**ORDERED** that the Clerk shall **SERVE** a copy of this Order upon Plaintiff and shall mark its file in this matter as **CLOSED**.

/s/ Jose L. Linares
Jose L. Linares
United States District Judge